No. 98–7594.  JOHNSON v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 98–7673.  THURMAN v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 98–7678.  ARMSTRONG v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 98–7687.  DAUGHERTY v. PAGE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 98–7748.  ESPARZA v. TRUJILLO.  C. A. 9th Cir.  Certiorari denied.

No. 98–7801.  SOWERS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 98–7802.  STEWART v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7803.  BARR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7847.  JONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 98–7849.  WILSON v. CORCORAN, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7856.  BOURGEOIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7859.  CALDWELL v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 98–7863.  DENNIS ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 98–7865.  FRANK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–7877.  WILLIAMS v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.